UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 3:03CR92(JCH) |
| : | |
| vs. : | |
| : | |
| TROY COLEMAN : | NOVEMBER 10, 2004 |
| Defendant | |

### INDEX TO RECORD ON APPEAL

| Document | Document No. |
|---|---|
| Certified Copy of Docket Sheet | A |
| INDICTMENT, doc. #6 (4/09/03) | 1 |
| SUPERSEDING INDICTMENT, doc. #32 (11/03/03) | 2 |
| Notice Charging Prior Offense as to Troy Coleman, doc. #62 (3/26/04) | 3 |
| Notice Charging Prior Offense Pursuant to 21 U.S.C. Section 851, doc. #63 (3/31/04) | 4 |
| Proposed Voir Dire by Troy Coleman, doc. #86 (7/07/04) | 5 |
| Jury Instructions (pg 1 – 24) as to Troy Coleman, doc. #87 (7/08/04) | 6 |
| Motion in Limine and Memorandum in Support re: Exclusion of Evidence of Defendant's Similar Bad Acts by Troy Coleman, doc. #88 (7/08/04) | 7 |
| Proposed Voir Dire by USA as to Troy Coleman, doc. #89 (7/08/04) | 8 |
| Disclosure of Expert Witness by USA, doc. #93 (7/15/04) | 9 |

| | |
|---|---|
| Proposed Jury Instructions by USA as to Troy Coleman, doc. #94 (7/15/04) | 10 |
| Trial Memorandum regarding use of transcript at trial as to Troy Coleman, doc. #95 (7/15/04) | 11 |
| Trial Memorandum concerning use of extrinsic evidence and prior felony to impeach as to Troy Coleman, doc. #96 (7/15/04) | 12 |
| Minute Entry, doc. #97 (7/21/04) | 13 |
| Minute Entry, doc. #98 (7/21/04) | 14 |
| Minute Entry, doc. #99 (7/21/04) | 15 |
| Minute Entry, doc. #100 (7/22/04) | 16 |
| Minute Entry, doc. #101 (7/23/04) | 17 |
| Supplemental Proposed Jury Instructions as to Troy Coleman, doc. #102 (7/25/04) | 18 |
| Table of Contents EXHIBIT LIST by Troy Coleman, doc. #103 (7/25/04) | 19 |
| Witness List by USA as to Troy Coleman, doc. #104 (7/25/04) | 20 |
| Minute Entry, doc. #105 (7/26/04) | 21 |
| Motion for New Trial by Troy Coleman, doc. #108 (9/08/04) | 22 |
| Motion for Judgment of Acquittal by Troy Coleman, doc. #109 (9/09/04) | 23 |
| Memorandum in Support by Troy Coleman re: #109, doc. #110 (9/09/04) | 24 |
| Sentencing Memorandum by Troy Coleman, doc. #115 (10/06/04) | 25 |
| Memorandum in Opposition by USA as to Troy Coleman, doc. #116 (10/12/04) | 26 |

Sentencing Memorandum by USA as to Troy Coleman, doc. #117 (10/12/04)        27

Motion to Dismiss by USA as to Troy Coleman, doc. #119 (10/25/04)        28

Jury Instructions by Court as to Troy Coleman, doc. #120 (10/26/04)        29

Jury Verdict as to Troy Coleman, doc. #121 (10/27/04)        30

Minute Entry, doc. #124 (10/28/04)        31

JUDGMENT as to Troy Coleman, doc. #125 (10/28/04)        32

Notice of Appeal by Troy Coleman, doc. #128 (11/01/04)        33

Certified Clerk's Certificate        34

THE DEFENDANT,
TROY COLEMAN

By: _____
Alan J. Sobol
Fed. Bar No. ct00955
**OCONNELL FLAHERTY & ATTMORE, LLC**
280 Trumbull Street
Hartford, CT 06103-3598
(860) 548-1300 – phone
(860) 548-0023 – fax

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the attached filing was served on each of the following counsel of record by mailing a copy, postage prepaid, this 10th day of November, 2004, to the following:

(For the Government)
Michael J. Gustafson
Assistant U.S. Attorney
157 Church Street
P.O. Box 1824
New Haven, CT 06508

_____
Alan J. Sobol