UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. |
| v. | : | 3:03 CR 089 (JCH) |
| | : | |
| | : | |
| TROY COLEMAN | : | DECEMBER 28, 2004 |

## MOTION NUNC PRO TUNC
## FOR APPROVAL OF PARALEGAL SERVICES

The defendant, Troy Coleman, through the undersigned counsel, appointed under the Criminal Justice Act, requests approval, nunc pro tunc, of paralegal services in the amount of $12,320.00, as documented on draft Form CJA 21 attached hereto. The Clerk's office has advised that the final Form CJA 21 should be submitted after the Court rules on the instant motion (assuming the Court grants the motion.)

Jessica Santos was a full time paralegal employed in the undersigned's law firm. Ms. Santos is a third-year evening law student at the University of Connecticut School of Law with the goal of practicing criminal defense upon obtaining her Juris Doctor degree. Ms. Santos works primarily for the undersigned on criminal defense matters (now in the capacity as a full time law clerk.) She has developed substantial skills and expertise in the criminal defense field, including legal research and briefing on federal sentencing guideline issues.

Ms. Santos has taken over for most of the work previously performed by Attorney Gerard Collins, who has departed from O'Connell, Flaherty & Attmore, LLC, effective July 30, 2004, and relocated to Florida.

The undersigned's use of Ms. Santos' paralegal services, at a CJA rate of $50.00 per hour, has eliminated the necessity of using an associate attorney, at a CJA rate of $90.00 per hour on this matter; and has therefore, resulted in substantial associate expense savings to the Government. No associate attorney time has been claimed on the undersigned Form CJA 20 Expense Voucher since Attorney Collins' departure July 30, 2004.[1].

The instant Motion Nunc Pro Tunc is being filed as a result of the recent change regarding paralegal expenses adopted by the Judicial Conference during the pendency of this matter.

                    Respectfully Submitted,
                    TROY COLEMAN

By: _____
                    Alan J. Sobol
                    Fed. Bar No. ct00955
                    O'CONNELL, FLAHERTY & ATTMORE, LLC
                    280 Trumbull Street
                    Hartford, CT 06103-3598
                    Telephone: (860) 548-1300
                    Facsimile: (860) 548-0023

---

[1] The Court permitted Ms. Santos to sit at Counsel's table during the week long trial. Accordingly, no paralegal trial time has been claimed on the CJA 20 Expense Voucher.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion for Approval of Paralegal Services was served via U.S. Mail, on the following parties and counsel of record this 28th day of December 2004:

Michael J. Gustafson, AUSA
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Alan J. Sobol