## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 3:03CR92(JCH) |
| vs. : | |
| : | |
| TROY COLEMAN : | JANUARY 18, 2005 |

### MOTION FOR APPROVAL OF EXPEDITED
### SENTENCING TRANSCRIPT PREPARATION

The defendant, Troy Coleman, through the undersigned counsel, appointed under the Criminal Justice Act, requests approval to incur costs associated with the expedited processing of the sentencing hearing transcript in this case. A copy of the CJA 24 Authorization and Voucher For Payment of Transcript is attached hereto[1].

The Notice of Appeal was filed in this case on October 22, 2004. At the time of the filing of the Notice of Appeal and the initial ordering of the trial transcripts, the Defendant did not order the transcripts relative to the sentencing hearing. It was not until the United States Supreme Court handed down the opinion in United States v. Booker and United States v. Fanfan, 2005 U.S. LEXIS 628 on January 12, 2005 that the Defendant believed issues ripe for

---

[1] The original CJA-24 form has been sent to the Court Reporter with a copy of this Motion.

appeal existed relative to sentencing.[2] The deadline for filing the Appellant's Brief at the United States Court of Appeals for the Second Circuit is January 19, 2005. The Defendant recognizes that a transcript from the sentencing hearing on October 12, 2004 cannot be prepared by January 19, 2005. However, the Defendant requests that the transcript order be expeditiously processed so that the sentencing hearing transcript can be included in a Supplemental Joint Appendix to be filed with the Second Circuit Court of Appeals forthwith so that the Defendant's appeal is not dismissed. In view of the foregoing, the Defendant filed this motion at the direction of the United States District Clerk's office.

WHEREFORE, the Defendant respectfully requests that the Court grant his Motion For Approval of Expedited Sentencing Transcript Preparation.

                                                Respectfully Submitted,
                                                TROY COLEMAN

By: _____
       Alan J. Sobol
       Fed. Bar No. ct00955
       **O'CONNELL, FLAHERTY & ATTMORE, LLC**
       280 Trumbull Street
       Hartford, CT 06103-3598
       Telephone: (860) 548-1300
       Facsimile: (860) 548-0023

---

[2] The Defendant reserved the right to appeal his sentence in Footnote 3 of his Memorandum in Aid of Sentencing upon the United States Supreme Court's review of the constitutionality of the Federal Sentencing Guidelines in Booker and Fanfan, *supra*.

- 3 -

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing Motion for Approval of Expedited Sentencing Transcript Preparation was served via U.S. Mail, on the following parties and counsel of record this 18th day of January 2005:

Michael J. Gustafson, AUSA
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Alan J. Sobol