# MANDATE

D. Conn. — NHCT
03-cr-92
Hall, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 6 day of April two thousand and five,

Present:
    Hon. Wilfred Feinberg,
    Hon. Robert D. Sack,
    Hon. Robert A. Katzmann,
        Circuit Judges.

United States of America,

                Appellee,

    v.                                    04-5930-cr

Troy Coleman, aka Pimp,

                Defendant-Appellant.

    The Government moves, with Appellant Troy Coleman's consent, to remand the case to the district court to determine whether to resentence Appellant. In light of the Supreme Court's decision in United States v. Booker, __ U.S. __, 125 S.Ct. 738 (2005), and this Court's decision in United States v. Crosby, 397 F.3d 103 (2d Cir. 2005), the motion is granted and the case is remanded to the district court for further proceedings in conformity with Crosby.

    Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. See Fed. R. App. P. 3, 4(b).

    A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

ISSUED AS MANDATE: 4/27/05

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature: Lucille Carr]*

**A TRUE COPY**
Roseann B. MacKechnie, CLERK

by *[signature]*
DEPUTY CLERK

sao/nbs