UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 3:03CR92(JCH) |
| vs. : | |
| : | |
| TROY COLEMAN : | AUGUST 15, 2005 |

### MOTION FOR RE-SENTENCING POST-BOOKER

NOW COMES the Defendant, TROY COLEMAN, and respectfully requests the Court reconsider the sentence imposed on the Defendant on October 22, 2004 in light of the United States Supreme Court's decision in United States v. Booker, 125 S.Ct. 738 (2005) and the Second Circuit Court of Appeals' decision in United States v. Crosby, 397 F.3d 103 (2005). Upon review of the sentencing hearing transcript, the Defendant believes the Court would have imposed a non-trivially different sentence if the Sentencing Guidelines had been advisory at the time of his sentencing.

For these reasons, the Defendant requests the Court reconsider the sentence it imposed on the Defendant on October 22, 2004 and impose a sentence in line with the maximum and minimum sentence range set by statute for the offense of conviction. A memorandum of law in support of this motion is attached hereto.

Respectfully Submitted,
The Defendant, Troy Coleman

By: _____
Alan J. Sobol
Fed. Bar No. CT00955
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street, 23rd Floor
Hartford, CT 06103-3598
Telephone: (860) 548-1300
Facsimile: (860) 548-0023

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion to Continue Jury Selection was served via U.S. Mail, on the following parties and counsel of record this 15 day of August, 2005:

Michael J. Gustafson, AUSA
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Alan J. Sobol