Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

District of CONNECTICUT

FILED
2006 FEB 22 A 9:00
U.S. DISTRICT COURT
HARTFORD CT

United States of America

Troy Coleman

Docket No.: 3:03cr92

Honorable Janet C. Hall
(District Court Judge)

Notice is hereby given that Troy Coleman appeals to the United States Court of Appeals for the Second Circuit from the judgment [ XX ], other [ _____ ] _____
(specify)

entered in this action on 2/16/06
(date)

Offense occurred after November 1, 1987    Yes [ XX ]    No [ ___ ]

This appeal concerns: Conviction only [ XX ]    Sentence only [ ___ ]    Conviction and Sentence [ ___ ]

Date 2/22/06

TO
Michael J. Gustafson, Esq.
Assistant U.S. Attorney
157 Church Street
P.O. Box 1824
New Haven, CT 06508

ADD ADDITIONAL PAGE (IF NECESSARY)

Alan J. Sobol, Esq. Fed. Bar. No. CT00955
(Counsel for Appellant)

Address O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street, 23rd Floor
Hartford, CT 06103

Telephone Number: (860) 548-1300

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER**    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[ XX ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ XX ] Other. Attach explanation | Prepare transcript of           Dates<br>[ ___ ] Prepare proceedings _____<br>[ ___ ] Trial _____<br>[ ___ ] Sentencing _____<br>[ ___ ] Post-trial proceedings _____ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE  *[signature]*    DATE 2/22/06

▶ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05