## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                          **APPEARANCE**

                                            CASE NO.: 3:03CR00092(JCH)

TROY COLEMAN

*To the Clerk of this Court and all parties of record:*

    *Enter my Appearance as counsel in this case for:*

TROY COLEMAN

| | |
|---|---|
| Date: July 9, 2008 | /s/ |
| | *Signature* |
| Bar No.: ct25379 | Sarah A. L. Merriam |
| | *Print Name* |
| | FEDERAL DEFENDER OFFICE |
| | *Firm Name* |
| | 265 Church Street, Suite 702 |
| | *Address* |
| | New Haven,     CT     06510 |
| | *City         State   Zip Code* |
| | (203) 498-4200 |
| | *Phone Number* |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 9, 2008, a copy of the foregoing notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Sarah A. L. Merriam