UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
                                                         :

UNITED STATES OF AMERICA      :      Case No. 3:03CR00092(JCH)
                                                         :
v.                                                       :
                                                           :
TROY COLEMAN                      :      July 9, 2008
                                                           :
---------------------------------------------------------x

**MOTION FOR EXTENSION OF TIME**

      The defendant, Troy Coleman, hereby requests an extension of time, <u>nunc pro tunc</u>, within which to respond to the Court's Order To Show Cause. [Doc. 173] Undersigned counsel has recently determined that prior CJA counsel will not be assisting Mr. Coleman in this matter, and has therefore obtained permission from Mr. Coleman to review his file and appear on his behalf. Counsel requires additional time to obtain the relevant documents in this case, to review the file, and file an appropriate response, if warranted, to the Court's order. In addition, counsel will be out of the District for two weeks in July on business-related travel. Accordingly, the defendant seeks an extension to and including August 27, 2008, to respond to the Court's Order To Show Cause.

      This is the defendant's first motion for an extension of this deadline. Counsel notes that in light of Mr. Coleman's current projected release date of October 2020, it is extremely unlikely that any reduction in his sentence would result in release in 2008 or 2009; thus, this extension of time will not prejudice Mr. Coleman.

                                        Respectfully submitted,

                                        The Defendant,
                                        Troy Coleman

                                        Thomas G. Dennis
                                        Federal Defender

Dated: July 9, 2008                                  _____/s/_____
                                        Sarah A. L. Merriam
                                        Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT   06510
                                        Bar No. ct25379
                                        Phone: 203-498-4200
                                        Fax: 203-498-4207
                                        Email: sarah_merriam@fd.org


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 9, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                        _____/s/_____
                                            Sarah A. L. Merriam