## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA         :     Case No. 3:03CR00092(JCH)
                                                       :
v.                                                     :
                                                       :
TROY COLEMAN                     :     August 26, 2008
                                                       :
-------------------------------------------------------x
```

## MOTION FOR EXTENSION OF TIME

The defendant, Troy Coleman, hereby requests an extension of time to and including September 23, 2008, within which to respond to the Court's Order To Show Cause. [Doc. 173] Undersigned counsel did not represent Mr. Coleman at the time of his original sentencing, and, therefore, does not have access to his file.  Counsel has requested copies of the relevant documents in the case, but has not yet received them.  Accordingly, counsel requires additional time to obtain the relevant documents in this case, to review them, and to file an appropriate response, if warranted, to the Court's order.

This is the defendant's second motion for an extension of this deadline.  In light of Mr. Coleman's current projected release date of October 2020, it is extremely unlikely that any reduction in his sentence would result in immediate release; thus, this extension of time will not prejudice Mr. Coleman.

                                            Respectfully submitted,

                                            The Defendant,
                                            Troy Coleman

                                            Thomas G. Dennis
                                            Federal Defender

Dated: August 26, 2008                    _____/s/_____
                                            Sarah A. L. Merriam
                                            Assistant Federal Defender
                                            265 Church Street, Suite 702
                                            New Haven, CT   06510
                                            Bar No. ct25379
                                            Phone: 203-498-4200
                                            Fax: 203-498-4207
                                            Email: sarah_merriam@fd.org


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 26, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                        _____/s/_____
                                               Sarah A. L. Merriam