**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

--------------------------------------------------------x
                                                        :
UNITED STATES OF AMERICA            :        Case No. 3:03CR00092(JCH)
                                                        :
v.                                                      :
                                                        :
TROY COLEMAN                        :        September 4, 2008
                                                        :
--------------------------------------------------------x

**MOTION TO TERMINATE ORDER TO SHOW CAUSE**
**AND TO WITHDRAW AS COUNSEL**

The defendant, Troy Coleman, hereby requests that the Court terminate its Order To

Show Cause. [Doc. 173]   Mr. Coleman has not filed any motion seeking resentencing pursuant

to 18 U.S.C. § 3582, and undersigned counsel does not plan to file any such motion on his behalf

at this time.  Accordingly, Mr. Coleman requests that the Order be terminated, without prejudice

to his filing a motion for relief at a later date if warranted.

Undersigned counsel also seeks leave to withdraw as counsel in this matter.  Undersigned

counsel appeared only for the purposes of seeking resentencing under 18 U.S.C. § 3582, and as

no such motion is being made, counsel seeks leave to withdraw.  Undersigned counsel has

informed Mr. Coleman that he has the right to proceed pro se if he wishes to seek relief from the

Court.

Respectfully submitted,

The Defendant,
Troy Coleman

Thomas G. Dennis
Federal Defender

Dated: September 4, 2008                    _____/s/_____
                                            Sarah A. L. Merriam
                                            Assistant Federal Defender
                                            265 Church Street, Suite 702
                                            New Haven, CT   06510
                                            Bar No. ct25379
                                            Phone: 203-498-4200
                                            Fax: 203-498-4207
                                            Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              _____/s/_____
                                    Sarah A. L. Merriam